UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                              Criminal No. 23-mj-30222

v.

D-3 Cyrhocia Ward,                 Curtis Ivy, Jr.
                              United States Magistrate Judge

      Defendants.

---

## MOTION AND BRIEF FOR LEAVE TO
## DISMISS COMPLAINT WITHOUT PREJUDICE

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against Defendant Cyrhocia Ward because prosecution of this matter at this time would not be in the best interest of justice. *United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1). Accordingly, the government requests leave to dismiss the complaint without prejudice.

                              Respectfully submitted,

                              DAWN N. ISON
                              United States Attorney

Dated:  May 24, 2024             *s/Nancy A. Abraham*
                              Assistant United States Attorney
                              600 Church Street, Suite 200
                              Flint, MI  48502
                              nancy.abraham@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on Friday, May 24, 2024, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the following:

Counsel of Record

*s/NANCY A. ABRAHAM*
Nancy A. Abraham
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI 48502
Nancy.abraham@usdoj.gov
(810) 766-5177
P-42060